IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **RANDOLPH MORGAN,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **CITY OF VALDOSTA, GEORGIA;** : <br> **RICHARD BURKHART, individually and** : <br> **in his official capacity; THOMAS** : <br> **WHEELER, individually and in his official** : <br> **Capacity; TRAVIS KISER, individually** : <br> **and in his official capacity; and FRANK** : <br> **SIMMONS as Chief of Police for the City** : <br> **of Valdosta and in his individual** : <br> **capacity** : <br> : <br> **Defendants.** : | **Civil Action No.** <br> **No. 7:11-cv-177 (HL)** |

## ORDER

On December 21, 2011, Plaintiff, through counsel, commenced this case pursuant to 42 U.S.C. §§ 1983, 1985, and 1986. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 120 days from the filing of the complaint to properly serve Defendant. This time period expired on Thursday, April 19, 2012, and service has not yet been effected. Therefore, Plaintiff is hereby directed to file a report showing good cause why this case should not be dismissed for failure to effect service on Defendant within 120 days.

Plaintiff's response is due no later than Wednesday, May 9, 2012. Should Plaintiff fail to file a timely response, the clerk is directed to dismiss this case against the Defendant without prejudice and without further order of the Court.

**SO ORDERED**, this 25th day of April, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr